154 A.3d 678

KATHY KANG, PLAINTIFF-PETITIONER, v. HEE K. YANG, DEFENDANT-RESPONDENT.

October 14, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-001257-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.